UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUSUF FARUQ DIXON,<br><br>                         Plaintiff,<br><br>   -against-<br><br>HON. RACHEL HAHN "THE COURT," et al.,<br><br>                        Defendants. | 23cv5424 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the August 7, 2023 and the January 23, 2024, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2024
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                Chief United States District Judge